UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>BRIAN MCKINZIE,<br>      Defendant. | **ORDER SETTING CHANGE OF PLEA HEARINGS**<br><br>Case No.  CR 11-424 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>THOMAS FRANCOISE,<br>      Defendant. | Case No. CR 11-426 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>JORGE WONG,<br>      Defendant. | Case No. CR 11-428 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>DOUGLAS DITMER,<br>      Defendant. | Case No. CR 12-448 PJH |

| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>DANLI LIU,<br>      Defendant. | Case No. CR 12-611 PJH |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>MICHAEL RENQUIST,<br>      Defendant. | Case No. CR 13-143 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>JOHN SHIELLS and MIGUEL DE SANZ,<br>      Defendants. | Case No. CR 14-581 PJH |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>BRADLEY ROEMER,<br>      Defendant. | Case No. CR 15-229 PJH |

The status report filed by the government indicates, as it previously stated at the September 21, 2016 status hearing, that the nine defendants charged in the above-

1  captioned cases should be the first to appear for Rule 11 hearings on new plea
2  agreements because the government expects to call them at trial in *United States v.*
3  *Florida*, No. CR 14-582 PJH.  The government neglects to propose a streamlined
4  procedure for taking the revised pleas or other suggestions for expediting the Rule 11
5  hearings, which the court anticipated when setting the filing deadline for the status report
6  based on the representations of counsel for the government.  Rather, the government
7  states that it "hopes to request the first Rule 11 hearings for a subset of these defendants
8  as soon as the end of the week of October 3, 2016."  Doc. no. 89.  The government's
9  statement fails to appreciate that the court must rule on pretrial matters in *Florida* at the
10 pretrial conference set for October 12, 2016, which includes defendants' objections to co-
11 conspirator statements and requests for disclosures, and the court is at a loss as to how
12 it can rule on the pretrial issues presented in *Florida* before the nine testifying defendants
13 have entered a revised plea.
14      Accordingly, the court specially sets the change of plea hearings in the above-
15 captioned cases on **Friday, October 7, 2016, at 9:00 a.m.**  Any party that wishes to
16 advance the change of plea hearing to October 5, 2016, at 1:30 p.m., may do so by filing
17 a stipulated request to advance the change of plea hearing.
18      **IT IS SO ORDERED.**
19 Dated: September 30, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge